IN RE BOATMEN'S BANK, *Appellant*, v. STORTS, *Assignee*.

Division Two, June 8, 1897.

Appellate Jurisdiction: MOTION TO REMOVE ASSIGNEE. Where there is nothing involved in a motion to remove an assignee which gives this court jurisdiction, the case will be transferred to the proper court of appeals.

*Appeal from Saline Circuit Court.*—HON. RICHARD FIELD, Judge.

TRANSFERRED TO KANSAS CITY COURT OF APPEALS.

*Beebe & Watson* and *Herider & Herider* for appellant.

*John A. Rich* and *Davis & Duggin* for respondent.

BURGESS, J.—On the seventeenth day of December, 1894, the Citizens' Stock Bank of Slater, Missouri, being insolvent, made an assignment to Comp P. Storts, assignee, for the benefit of all its creditors. And this is a proceeding by motion to have him removed, upon grounds set forth in the motion. There is nothing involved in the proceeding which gives this court jurisdiction of the questions involved in the motion. It is therefore ordered that the record be transferred to the Kansas City Court of Appeals. GANTT, P. J., and SHERWOOD, J., concur.